UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAM LYLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> GARY REDMON, et al., <br><br> Defendants. | No. 2:22-cv-01801 TLN DB P <br><br><br> FINDINGS AND RECOMMENDATIONS |

By order filed June 6, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. It further appears based on the notice from the Amador County Sheriff's Office that plaintiff is no longer located at the address of record.

Although it appears plaintiff is no longer located at the address of record, plaintiff is properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 28, 2023

DLB7
lyle1801.fta.nca

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2